# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RAPHAEL J. GILLIAM,

        Plaintiff,                  Case No. 2:24-cv-13439

v.

                                    Hon. Brandy R. McMillion
                                    United States District Judge

LINCOLN PARK POLICE
DEPARTMENT, *et al.*,

        Defendants.

_____/

## ORDER SUMMARILY DISMISSING CASE

On December 23, 2024, Plaintiff Raphael J. Gilliam ("Gilliam") filed a *pro se* Complaint against Defendants Lincoln Park Police Department, Wyandotte Police, Ingham County Sheriff, Michigan State University Police, Detroit Police Department, Stock, and River Rouge Police (collectively, "Defendants"). ECF No. 1. Concurrent with filing the Complaint, Gilliam also filed an Application to Proceed Without the Prepayment of Fees. ECF No. 2.

The Complaint appears to allege claims of wrongful arrest, false imprisonment, harassment, and brutality. *See id.* at PageID.4. However, the Complaint is void of any facts against any of the Defendants relating to these claims. Rule 8 of the Federal Rules of Civil Procedure requires "[a] pleading that states a

claim for relief must contain . . . *a short and plain statement of the claim* showing that the pleader is entitled to relief[.]")  Fed. R. Civ. P. 8 (emphasis added).

Even construing the *pro se* complaint liberally, the Court is unable to discern if Gilliam has any viable claims against Defendants based on the Complaint as filed. If Gilliam believes he has a viable claim, he must set out that claim in short and plain language, including facts associated with his claims.  *See* Fed. R. Civ. P. 8.  The Eastern District of Michigan Court website offers a section devoted to "Representing Yourself," including a "How to File a Lawsuit Handbook."  *See* http://www.mied.uscourts.gov/index.cfm?pageFunction=proSe.  Gilliam is instructed to review this website or seek counsel to assist him with filing a proper complaint with the Court.  Because the Complaint fails to state an adequate claim of relief supported by facts, this case must be dismissed.

Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Application to Proceed Without the Prepayment of Fees (ECF No. 2) is **DENIED AS MOOT**.

**This is a final order that closes the case.**

**IT IS SO ORDERED**.

Dated: January 2, 2025

s/Brandy R. McMillion  
BRANDY R. MCMILLION  
U.S. District Judge